NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REN JUDKINS,**

*Plaintiff-Cross Appellant,*

**v.**

**HT WINDOW FASHIONS CORP.,**

*Defendant-Appellant.*

---

2010-1336, -1356

---

Appeal from the United States District Court for the Western District of Pennsylvania in No. 07-CV-0251, Chief Judge Gary L. Lancaster.

---

**JUDGMENT**

---

FREDERICK L. WHITMER, Kilpatrick Stockton, LLP, of New York, New York, argued for plaintiff-cross appellant. Of counsel on the brief were LYNN J. ALSTADT and RALPH G. FISCHER, Buchanan Ingersoll & Rooney, PC, of Pittsburgh, Pennsylvania.

ARNE M. OLSON, Olson & Cepuritis, Ltd., of Chicago, Illinois, argued for defendant-appellant. With him on the brief were DAVID I. ROCHE, Baker & McKenzie, LLP, of Chicago, Illinois. Of counsel on the brief were JOSEPH M. KUO and MATTHEW D. KELLAM, Olson & Cepuritis, LTD., of Chicago, Illinois.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, MAYER, and O'Malley, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 6, 2011          /s/ Jan Horbaly
Date                      Jan Horbaly
                             Clerk